UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

ERIC BARNES,                                    )
                                                )
              Petitioner,                       )
v.                                              )   No. 1:05-cv-1895-SEB-VSS
                                                )
THOMAS HANLON, Superintendent,                  )
                                                )
              Respondent.                       )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 01/03/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Eric Barnes
DOC #922317
Correctional Industrial Complex
P.O. Box 601
Pendleton, IN 46064